BRUCE W. KELLEY
Nevada Bar No. 7331
ARIEL C. JOHNSON
Nevada Bar No. 13357
ATKIN WINNER & SHERROD
1117 South Rancho Drive
Las Vegas, Nevada 89102
Phone (702) 243-7000
Facsimile (702) 243-7059
bkelley@awslawyers.com
ajohnson@awslawyers.com

Attorneys for Plaintiffs STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY AND
STATE FARM FIRE AND CASUALTY COMPANY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinios corporation, and STATE FARM FIRE AND CASUALTY COMPANY, an Illinois corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>UNG CHU IM, an individual; GEBRE MELES, an individual; NATINAEL MELES, a minor, by and through his parent and guardian GEBRE MELES; AMANUEL MELES, a minor, by and through his parent and guardian GEBRE MELES, and DOES I – X and/or ROE CORPORATIONS XI – XX, inclusive,<br><br>Defendants. | CASE NO.: 2:16-cv-00493-JCM-NJK |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to NRCP 41(a)(1)(i), Plaintiff STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("STATE FARM") hereby voluntarily dismisses its Complaint in its entirety with prejudice as against GEBRE MELES, an individual; NATINAEL MELES, a minor, by and through his parent and guardian GEBRE MELES; and AMANUEL MELES, a minor, by and through his parent and guardian GEBRE MELES (collectively the "MELESES") only,

subject to the terms of the Stipulation entered into by the MELESES and STATE FARM, which Stipulation is filed concurrently herewith, and which is attached hereto as Exhibit "A."

DATED: May 3, 2016

ATKIN WINNER & SHERROD

_____
**BRUCE W. KELLEY**
Nevada Bar No. 7331
**ARIEL C. JOHNSON**
Nevada Bar No. 13357
1117 South Rancho Drive
Las Vegas, Nevada 89102
Attorneys for STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY

## ORDER OF DISMISSAL

Pursuant to the foregoing Notice of Voluntary Dismissal,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that above-entitled matter be dismissed, with prejudice, only as against GEBRE MELES, an individual; NATINAEL MELES, a minor, by and through his parent and guardian GEBRE MELES; and AMANUEL MELES, a minor, by and through his parent and guardian GEBRE MELES, on the conditions set forth within the Stipulation filed concurrently herewith (See Exhibit "A"), with each of party to bear his/her/its own costs and fees.

DATED May 11, 2016.

_____
UNITED STATES DISTRICT JUDGE

Page 2 of 2

EXHIBIT "A"

1 | BRUCE W. KELLEY
Nevada Bar No. 7331
2 | ARIEL C. JOHNSON
Nevada Bar No. 13357
3 | ATKIN WINNER & SHERROD
1117 South Rancho Drive
4 | Las Vegas, Nevada 89102
Phone (702) 243-7000
5 | Facsimile (702) 243-7059
bkelley@awslawyers.com
6 | ajohnson@awslawyers.com

7 | Attorneys for Plaintiffs STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY AND
8 | STATE FARM FIRE AND CASUALTY COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinios corporation, and STATE FARM FIRE AND CASUALTY COMPANY, an Illinois corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>UNG CHU IM, an individual; GEBRE MELES, an individual; NATINAEL MELES, a minor, by and through his parent and guardian GEBRE MELES; AMANUEL MELES, a minor, by and through his parent and guardian GEBRE MELES, and DOES I – X and/or ROE CORPORATIONS XI – XX, inclusive,<br><br>Defendants. | CASE NO.: 2:16-cv-00493-JCM-NJK |

**STIPULATION**

IT IS HEREBY STIPULATED by and between Bruce William Kelley, Esq. and Ariel C. Johnson, Esq. of the law offices of ATKIN WINNER & SHERROD, attorneys for Plaintiff STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("STATE FARM"), and Eric A. Daly, Esq., counsel for Defendants GEBRE MELES, an individual; NATINAEL MELES, a minor, by and through his parent and guardian GEBRE MELES; AMANUEL

MELES, a minor, by and through his parent and guardian GEBRE MELES (collectively the "MELESES"), as follows:

THE MELESES STIPULATE that the automobile accident at issue in this case occurred on June 12, 2015, at approximately 3:14 P.M., as confirmed by the Las Vegas Metropolitan Police Department Traffic Investigation event report #150612-2572. *See* Exhibit 3 attached to STATE FARM's Complaint for Declaratory Judgment in this matter.

THE MELESES FURTHER STIPULATE AND AGREE that, in all existing and/or future lawsuits arising out of the underlying accident at issue, they will be bound by this Court's determination as to whether STATE FARM owes any insurance coverage to Defendant UNG CHU IM.

DATED: May 2, 2016

ATKIN WINNER & SHERROD

**BRUCE W. KELLEY**
Nevada Bar No. 7331
**ARIEL C. JOHNSON**
Nevada Bar No. 13357
1117 South Rancho Drive
Las Vegas, Nevada 89102
Attorneys for STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY

DATED: April 17, 2016

Bar No. 5274
**GEBRE MELES**,
As an individual
As Parent and Guardian of NATINAEL MELES and AMANUEL MELES

Page 2 of 2