BRUCE W. KELLEY
Nevada Bar No. 7331
ATKIN WINNER & SHERROD
1117 South Rancho Drive
Las Vegas, Nevada 89102
Phone (702) 243-7000
Facsimile (702) 243-7059
bkelley@awslawyers.com

Attorneys for Plaintiffs STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY AND
STATE FARM FIRE AND CASUALTY COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinios corporation, and STATE FARM FIRE AND CASUALTY COMPANY, an Illinois corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>UNG CHU IM, an individual; GEBRE MELES, an individual; NATINAEL MELES, a minor, by and through his parent and guardian GEBRE MELES; AMANUEL MELES, a minor, by and through his parent and guardian GEBRE MELES, and DOES I – X and/or ROE CORPORATIONS XI – XX, inclusive,<br><br>Defendant. | CASE NO.:  2:16-cv-00493-JCM-NJK<br><br>**STIPULATED JUDGMENT** |

**STIPULATED JUDGMENT**

IT IS HEREBY STIPULATED AND AGREED by and between Bruce William Kelley, Esq. of the law offices of ATKIN WINNER & SHERROD, attorneys for Plaintiffs STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY AND STATE FARM FIRE AND CASUALTY COMPANY ("STATE FARM"), and Patrick W. Kang, Esq. of the law offices of KANG & ASSOCIATES, attorneys for Defendant UNG CHU IM that Judgment be entered as follows:

//

1. That STATE FARM is entitled to judgment as a matter of law in this action as there can be no coverage for anyone under State Farm Policy No. 0961-008-28-001 for the automobile accident which occurred on June 12, 2015 as the subject policy was not even in existence until after the accident occurred.

Dated: June 15, 2016                                ATKIN WINNER & SHERROD

//s// Bruce W. Kelley
Bruce W. Kelley
Nevada Bar No. 7331
1117 South Rancho Drive
Las Vegas, Nevada 89102
Attorneys for Plaintiffs STATE FARM
MUTUAL AUTOMOBILE INSURANCE
COMPANY AND STATE FARM FIRE AND
CASUALTY COMPANY

Dated: June 16, 2016                                KANG & ASSOCIATES

//s// Patrick W. Kang
Patrick W. Kang
Nevada Bar No. 10381
6480 Spring Mountain Road, #1
Las Vegas, Nevada 89146
Attorneys for Defendant UNG CHU IM

**ORDER**

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE

DATED: June 17, 2016